**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TERRY DOUGLAS WATERS**                                            **PLAINTIFF**
**#158030**

**V.**                                    **4:25CV00404 JM**

**K. JONES, et al,**                                                **DEFENDANTS**

## JUDGMENT

Mr. Waters's motion for order (Dkt. No. 21) is DENIED. The Court's deadline to reopen this case has passed. Mr. Waters will need to file a new complaint in a new case to pursue his claims.

IT IS SO ORDERED this 10th day of February, 2026.

_____
James M. Moody Jr.
United States District Judge